**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 30, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00282-CV

---

### IN RE CELINA JEAN HARP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

---

## MEMORANDUM OPINION

On April 15, 2020, relator Celina Jean Harp filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Eric Shepperd, presiding judge of the 345th District Court of Travis County, to vacate his protective order signed on January 29, 2020.

Relator has also filed a motion for temporary relief, asking our court to stay the protective order pending our decision on the petition. *See* Tex. R. App. Proc. 52.10.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because relator has not shown she is entitled to mandamus relief, we deny her petition for writ of mandamus and motion for temporary relief.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.